UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RODNEY F. SPRINKLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-01252-RLY-MJD |
| | ) | |
| WSG MANUFACTURING, LLC, and | ) | |
| WEAVER POPCORN COMPANY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### FINAL JUDGMENT

Today, the court granted the Defendants' Motion for Summary Judgment. Accordingly, the court now issues final judgment in favor of Defendants and against the Plaintiff herein, Rodney Sprinkles.

**SO ORDERED** this 31st day of March 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1